IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-04-708 |
| | § | |
| KIM Y. KING | § | |

## ORDER

Before the Court is the Report and Recommendation of the United States Magistrate Judge that was entered on August 11, 2005. Defendant has filed her Objections in a timely manner, and Plaintiff has responded at the Court's request.

Having given this matter *de novo* review under 28 U.S.C. § 636(b)(1)(C), this Court finds that Defendant's Objections do not alter the Magistrate Judge's determination and that the Report and Recommendation is hereby **ACCEPTED** in its entirety.

Accordingly, it is **ORDERED** that Plaintiff's Motion for Summary Judgment (Instrument No. 10), which contains a request for attorney's fees, is **GRANTED**.

**DONE** at Galveston, Texas this 4th day of October, 2005.

_____
Samuel B. Kent
United States District Judge