IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-04-708 |
| | § | |
| KIM Y. KING | § | |

**FINAL JUDGMENT**

This Court having found that Plaintiff is entitled to summary judgment in the instant case, it is hereby **ORDERED** that the United States of America shall recover the following from the Defendant:

1. Current principal of $1,598.03 and interest of $145.37 as of November 4, 1997, with a daily accrual of $0.35 until the date of judgment;

2. Attorney's fees in the amount of $550.00;

3. Post-judgment interest at the rate of 3.97 % per annum;

4. Private process server fees of $77.00; and,

5. Administrative, Filing, and Recording Fees of $214.19.

**THIS IS A FINAL JUDGMENT**.

**DONE** at Galveston, Texas this 4th day of October, 2005.

_____
Samuel B. Kent
United States District Judge